UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**MARION LATROY WILLIAMS**

**v.**                                                **JUDGMENT IN A CIVIL CASE**

**CATHOLIC DIOCESE d/b/a**                            **CASE NO: 09-cv-2713**
**PAROCHIAL ATHLETIC ASSOCIATION**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the ORDER GRANTING DEFENDANT'S MOTION TO DISMISS filed on July 2, 2010, this cause is hereby dismissed.**

APPROVED:

s/Bernice B. Donald
UNITED STATES DISTRICT COURT

DATE: 7/2/2010                              THOMAS M. GOULD
                                            Clerk of Court

                                              s/Taffy Elchlepp
                                            (By)  Deputy Clerk